Kenneth A. Plevan (KP 2551)
Anthony J. Dreyer (AD 3571)
Limor Robinson (LR 6319)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000

08 CIV 3606

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRESH DEL MONTE PRODUCE INC.,          :

                  Plaintiff,          :

       - against -                        :

                             :

DEL MONTE PACIFIC LIMITED, and
DEL MONTE CORPORATION,                 :

               Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. _____(___)

**RULE 7.1 STATEMENT OF PLAINTIFF FRESH DEL MONTE PRODUCE INC.**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Fresh Del Monte Produce Inc. ("Fresh Del Monte") hereby certifies that there are no parent corporations of Fresh Del Monte and that no publicly held corporation owns 10% or more of the stock of Fresh Del Monte.

Dated: April 15, 2008
      New York, New York

By: */s/ Kenneth A. Plevan*
Kenneth A. Plevan (KP 2551)
Anthony J. Dreyer (AD 3571)
Limor Robinson (LR 6319)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Fresh Del Monte Produce Inc.