AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Fresh Del Monte Produce Inc.

V.

Del Monte Pacific Limited and
Del Monte Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

    Del Monte Pacific Limited
    Craigmuir Chambers
    Road Town, Tortola
    British Virgin Islands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Kenneth A. Plevan
    Anthony J. Dreyer
    Limor Robinson
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, New York 10036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 5 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date               *Signature of Server*

                                        _____
                                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

| | |
|---|---|
| FRESH DEL MONTE PRODUCE, INC., : | AFFIDAVIT OF SERVICE BY INTERNATIONAL REGISTERED MAIL |
| Plaintiff, : | Index No. 08 CIV 3606 |
| -against- : | |
| DEL MONTE PACIFIC LIMITED, : | |
| Defendant. | |

------------------------------------- x

STATE OF NEW YORK      )
                                     : ss.:
COUNTY OF NEW YORK )

Julie M. Tamburro, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. On April 16, 2008, I served a true copy of the *Summons in a Civil Action*, *Complaint with exhibits attached thereto*, *Civil Cover Sheet*, *Rule 7.1 Statement of Plaintiff Fresh Del Monte Produce Inc.* and *Procedures for Electronic Case Filing* upon the following by International Registered Mail, Return Receipt Requested:

> Del Monte Pacific Limited
> Craigmuir Chambers
> Road Town, Tortola
> British Virgin Islands

by enclosing the aforementioned document into a post-paid properly addressed envelope and delivering same to an official of the U.S. Postal Service within the State of New York for their exclusive care and custody.

3. A copy of the receipt from U. S. Postal Service reflecting their acceptance of the Registered Mail for international delivery is annexed hereto and made a part hereof.

_____
Julie M. Tamburro

Sworn to before me this
16th day of April 2008.

_____
Steven Ray Katzenstein
Notary Public, State of New York
No. 01KA4745340
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 2011