UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

FRESH DEL MONTE PRODUCE INC.,          :

            Plaintiff,   :   **ECF Case**

vs.   :   Case No.  08 Civ. 3606 (LTS)(DCF)

DEL MONTE PACIFIC LIMITED and   :
DEL MONTE CORPORATION,

            Defendants.   :

      :

------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert L. Raskopf of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of defendant Del Monte Corporation in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      May 8, 2008

                         By:  s/ Robert L. Raskopf
                             Robert L. Raskopf
                             Quinn Emanuel Urquhart Oliver & Hedges LLP
                             51 Madison Avenue, 22nd Floor
                             New York, New York  10010
                             Tel:  (212) 849–7000
                             Fax:  (212) 849–7100
                             Email: *robertraskopf@quinnemanuel.com*

                             *Attorney for Defendant Del Monte Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2008, I served a copy of Robert L. Raskopf's Notice of Appearance on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

> Anthony J. Dryer
> Kenneth A. Plevan
> Limor Robinson
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> Phone: 212-735-3000
> Fax: 917-777-3410

I hereby certify that on the 8th day of May, 2008, I served a copy of Robert L. Raskopf's Notice of Appearance on Defendant Del Monte Pacific Limited, Craigmuir Chambers, Road Town, Tortola, British Virgin Islands via first class mail.

>       s/ Lori E. Weiss
> Lori E. Weiss
> QUINN EMANUEL URQUHART
> OLIVER & HEDGES, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York  10010