UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

FRESH DEL MONTE PRODUCE INC.,  :

        Plaintiff,  :  **ECF Case**

vs.  :  Case No. 08 Civ. 3606 (LTS)(DCF)

DEL MONTE PACIFIC LIMITED and  :
DEL MONTE CORPORATION,

        Defendants.  :

 :

------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lori E. Weiss of Quinn Emanuel Urquhart Oliver & Hedges, LLP, with offices located at 51 Madison Avenue, New York, NY 10010, hereby appears on behalf of defendant Del Monte Corporation in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
      May 8, 2008

                                By: s/ Lori E. Weiss
                                    Lori E. Weiss
                                    Quinn Emanuel Urquhart Oliver & Hedges LLP
                                    51 Madison Avenue, 22nd Floor
                                    New York, New York 10010
                                    Tel:  (212) 849–7000
                                    Fax:  (212) 849–7100
                                    Email: *loriweiss@quinnemanuel.com*

                                    *Attorney for Defendant Del Monte Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2008, I served a copy of Lori E. Weiss' Notice of Appearance on the attorneys for the Plaintiff, as designated below, by ECF Filing as follows:

>Anthony J. Dryer
>Kenneth A. Plevan
>Limor Robinson
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY 10036
>Phone: 212-735-3000
>Fax: 917-777-3410

I hereby certify that on the 8th day of May, 2008, I served a copy of Lori E. Weiss' Notice of Appearance on Defendant Del Monte Pacific Limited, Craigmuir Chambers, Road Town, Tortola, British Virgin Islands via first class mail.

>    s/ Lori E. Weiss
>Lori E. Weiss
>QUINN EMANUEL URQUHART
>OLIVER & HEDGES, LLP
>51 Madison Avenue, 22nd Floor
>New York, New York  10010