Swain

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRESH DEL MONTE PRODUCE INC., :

          Plaintiff, : **ECF Case**

vs. :
                          Case No. 08 Civ. 3606 (LTS)(DCF)

DEL MONTE PACIFIC LIMITED and : **STIPULATION AND ORDER**
DEL MONTE CORPORATION,
                         :
         Defendants.
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS, Defendant Del Monte Corporation received service of Plaintiff Fresh Del Monte Produce Inc.'s complaint on April 18, 2008;

      WHEREAS, Defendant Del Monte Corporation requests an extension of time to respond to the complaint;

      IT IS HEREBY STIPULATED AND AGREED between Plaintiff Fresh Del Monte Produce Inc., through its Attorneys Skadden, Arps, Slate, Meagher & Flom LLP, and Defendant Del Monte Corporation, through its Attorneys Quinn Emanuel Urquhart Oliver & Hedges, LLP, and subject to approval by the Court, that Del Monte Corporation's time to file and serve its answer or otherwise respond to Plaintiff's complaint shall be extended to May 29, 2008.

61275/2498717.1

No prior request for an extension related to Plaintiff's Complaint has been requested.

DATED: May 8, 2008

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/
Kenneth A. Plevan (KP-2551)
Anthony J. Dreyer (AD-3577)
Limor Robinson (LR-6319)
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

ATTORNEYS FOR PLAINTIFF FRESH
DEL MONTE PRODUCE INC.

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP

By: /s/
Robert L. Raskopf (RR-5022)
Lori E. Weiss (LW-7866)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

ATTORNEYS FOR DEFENDANT DEL
MONTE CORPORATION

New York, New York

May 9, 2008

SO ORDERED:

/s/
Hon. Laura T. Swain
United States District Judge