Swain J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 0 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
FRESH DEL MONTE PRODUCE INC.,     :

             Plaintiff,     :     08 Civ. 3606 (LTS)

   - against -                    :

                       :

DEL MONTE PACIFIC LIMITED and
DEL MONTE CORPORATION,            :

           Defendants.    :
----------------------------------x

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

To:   Del Monte Pacific Limited and
       Del Monte Corporation

       Notice is hereby given that Plaintiff Fresh Del Monte Produce Inc. hereby voluntarily dismisses the claims it has asserted in the above-entitled action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby files this notice of dismissal without prejudice with the Clerk of the Court before service by defendants of either an answer or a motion for summary judgment.

Dated: May 30, 2008
      New York, New York

By: _____
Kenneth A. Pleyan (KP 2551)
Anthony J. Dreyer (AD 3571)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Plaintiff
Fresh Del Monte Produce Inc.